**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| Lavertis Stewart (A-15380), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20 C 50194 |
| v. | ) | |
| | ) | Hon. Philip G. Reinhard |
| Wexford Health Source, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

    Plaintiff's application for leave to proceed *in forma pauperis* [3] is denied. If plaintiff wants to proceed with this lawsuit, he must pay the $400 filing fee. If plaintiff does not comply by July 1, 2020, this case will be summarily dismissed.

**STATEMENT**

    Plaintiff Lavertis Stewart, a prisoner at Dixon Correctional Center, brings this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's application to proceed *in forma pauperis* (IFP) is before the court.

    The Prison Litigation Reform Act (PLRA) requires all inmates to pay the full filing fee. *See* 28 U.S.C. § 1915(b)(1). If an inmate cannot pay the full $400 filing fee upfront, he may submit an IFP application (in other words, a request for permission to pay the fee over time with monthly installments taken from his trust fund account; in that instance, the filing fee is $350 as an administrative fee is waived).

    Plaintiff's application for leave to proceed *in forma pauperis* is denied. Because plaintiff is a prisoner for whom the state provides the necessities of life, his income demonstrates that he does not qualify as indigent. *See Lumbert v. Illinois Department of Corrections*, 827 F.2d 257, 260 (7th Cir. 1987). Plaintiff's trust fund ledgers reflect a total of $1,600 in income (deposits) during the six months prior to the initiation of this action. The trust fund statement indicates an average monthly deposit over the last six months of $267, and a present balance of $1,370.33.

    Given plaintiff's consistent income, plaintiff must prepay the $400 statutory filing fee if he wants to proceed with this action. Plaintiff may pay by check or money order made payable to the Clerk of Court and mailed to the Clerk of Court, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor. If he fails to do so by the date specified above, the court will summarily dismiss this action.

Date: 6/02/2020        ENTER:

                              *Philip G. Reinhard*
                          United States District Court Judge

                                     Notices mailed by Judicial Staff. (LC)